**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| IRA MARSHALL | CIVIL ACTION NO. 03-0673-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| WARDEN BURL CAIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED** and Petitioner's complaint is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 8th day of May, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE